UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FRANCO SR,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:26-CV-05472-FJS<br><br>ORDER RE: STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 14) |

On July 15, 2026, Plaintiff Daniel Franco Sr. brought a complaint challenging a final decision of the Commissioner of Social Security denying his application for social security benefits. (ECF No. 1.) On October 16, 2026, Plaintiff Daniel Franco Sr. filed his motion for summary judgment. (ECF No. 13.) On November 13, 2026, the parties filed their stipulated motion for an extension of time for the Commissioner of Social Security to respond to Plaintiff's motion for summary judgment. (*See* ECF No. 14) The parties seek to extend the November 16, 2026, response deadline to December 21, 2026. (*Id.*)

Pursuant to Local Rule 144 and the Parties' stipulated motion (ECF No. 14), and for good cause appearing, the court HEREBY GRANTS the motion for a thirty-five (35) day extension of time to respond to Plaintiff's motion for summary judgment. *See* L.R. 144. Defendants SHALL

have up to and including December 21, 2026, to respond to Plaintiff's motion for summary judgment.

IT IS SO ORDERED.

Dated: **November 16, 2026**

UNITED STATES MAGISTRATE JUDGE